**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


WILLIAM A. STEELE, # K3602                                        PETITIONER

vs.                                        Civil Action No. 3:07-cv-337 HTW-LRA

JAQUELYN BANKS and
CHRISTOPHER EPPS                                        RESPONDENTS


**<u>FINAL JUDGMENT</u>**


This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge and the objection thereto, and this court, having found said objection not well taken and having adopted said Report and Recommendation as the order of the court, hereby orders respondents' motion to dismiss [docket # 8] is granted; petitioner's motion to dismiss without prejudice [docket # 10] is denied; and the Petition for Writ of Habeas Corpus is dismissed with prejudice. The above-styled and numbered cause is dismissed with prejudice.

**SO ORDERED AND ADJUDGED, this the 27th day of March, 2008.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**